UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTHONY NOTARO, on behalf of himself and
all others similarly situated,

                                        ORDER

                Plaintiff,

      -against-                       17-CV-0176
                                          (Wexler, J.)
UNCLE CHUCK'S CORPORATION d/b/a UNCLE
CHUCK'S SPORTS BAR AND GRILL, MARVIN
FEILHARDT, an individual, and KAREN
FEILHARDT, an individual,

                Defendants.
-----------------------------------------------------------------X
WEXLER, District Judge:

      Plaintiff brings this action alleging, *inter alia,* failure to pay overtime compensation pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. § 201 *et seq.* and parallel provisions of the New York Labor Law. The parties have settled the matter and have submitted the proposed settlement agreement, which has been executed by the parties, and related papers for the Court's approval. *See Cheeks v. Freeport Pancake House,* 796 F.3d 199, 206 (2d Cir. 2015).

      Upon review of these submissions, the Court finds the settlement to be fair and reasonable and approves it. In light of this finding, the proceeding scheduled for June 1, 2017 is cancelled.

SO ORDERED.

                                                    LEONARD D. WEXLER
                                                    UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
         May 31, 2017